**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

RAMON BORROTO, JR.,

    Plaintiff,

v.                                            Case No. 3:05cv426/MCR/EMT

CAPTAIN J.E. DICKS, et al.,

    Defendants,
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 24, 2007.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  This case is **DISMISSED with prejudice**.

    **DONE AND ORDERED** this 27th day of November, 2007.

    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**